**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **LAURA GARY** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **WAL-MART LOUISIANA, LLC AND** | * | |
| **COCA-COLA BOTTLING COMPANY** | * | |
| **UNITED, INC.** | * | **MAGISTRATE JUDGE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY

Wal-Mart Louisiana, LLC, defendant in the State suit brought by Laura Gary, Docket Number 2014-3061 "E" in the Fourteenth Judicial District Court in and for the Parish of Calcasieu, State of Louisiana, files this Notice of Removal of this case from the Fourteenth Judicial District Court in and for the Parish of Calcasieu, State of Louisiana, in which it is now pending, to the United States District Court for the Western District of Louisiana.

I.

This case was commenced in the Fourteenth Judicial District Court in and for the Parish of Calcasieu, State of Louisiana, on July 31, 2014 by Laura Gary against Wal-Mart Louisiana, LLC.

II.

Process was served on the petitioner herein, Wal-Mart Louisiana, LLC, on August 18, 2014 as per copy of the petition, citation, and notice of service attached hereto as Exhibit "A" *in globo*.

III.

On August 27, 2014, the plaintiff amended her petition to add Coca Cola Bottling Company United, Inc. as an additional defendant to the lawsuit.  Attached hereto as Exhibit "B" is a copy of plaintiff's First Supplemental and Amending Petition for Damages.

IV.

Coca-Cola Bottling Company United, Inc. was served with process on September 12, 2014 and filed its Answer to First Supplemental and Amending Petition for Damages on October 1, 2014.  (See citation issued to Coca-Cola's agent for service of process and notice of service attached hereto as Exhibit "C" *in globo*.)  Attached hereto as Exhibit "D" is Coca-Cola's Answer to First Supplemental and Amending Petition for Damages.

V.

The plaintiff again amended her petition on September 9, 2014 making a claim for loss of consortium, services, and society on behalf of her husband, Randy Gary, as a result of her alleged injuries in the Wal-Mart accident.  Attached hereto as Exhibit "E" is a copy of plaintiff's Second Supplemental and Amending Petition for Damages.

VI.

Undersigned counsel has contacted counsel for Coca-Cola Bottling Company United, Inc. and consents to and joins in the removal of this action.  Attached hereto as Exhibit "F" is Coca-Cola's Notice of Consent to Removal.

VII.

Plaintiff's action is one of a civil nature in which she seeks to recover from defendants damages and court costs plus legal interest for injuries received when she was allegedly injured in a slip and fall accident that occurred on June 18, 2014 near a Coca-Cola beverage cooler at the Wal-Mart Store located at 3451 Nelson Road, Lake Charles, Louisiana  70605.

VIII.

The said civil action as against the removing defendant is one in which the District Courts of the United States have original jurisdiction by virtue of the fact that there is diversity of citizenship among the parties and by virtue of the fact that the amount in dispute exceeds the amount of Seventy-Five Thousand and No/100 ($75,000.00) Dollars, exclusive of interest and costs.

IX.

Wal-Mart Louisiana, LLC is a Delaware limited liability company with its principal place of business in the State of Arkansas and with its sole member being Wal-Mart Stores East, LP, a limited partnership organized under the laws of Delaware.  The general partner of Wal-Mart Stores East, LP is WSE Management, LLC, a Delaware limited liability company.  The limited partner of Wal-Mart Stores East, LP is WSE Investment, LLC, a Delaware limited liability company.  The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, Inc.  The parent company of Wal-Mart Stores East, Inc. is Wal-Mart Stores, Inc., a Delaware corporation with its principal place of business located in the State of Arkansas.

X.

Coca-Cola Bottling Company United, Inc. is an Alabama corporation with its principal place of business in Birmingham, Alabama.

XI.

Plaintiff is alleging that as a result of her accident at Wal-Mart, she sustained injuries to her left arm, elbow, and wrist.  However, the plaintiff did not indicate in her original petition or amended petitions whether the amount in controversy exceeded $75,000.00.

XII.

On September 10, 2014, counsel for Wal-Mart Louisiana, LLC sent to plaintiff's counsel Requests for Admissions, attached hereto as Exhibit "G", requesting that the plaintiff admit that the amount in dispute does not exceed $75,000.00, exclusive of interest and costs.   On September 25, 2014, the plaintiff responded to Wal-Mart's Requests for Admissions indicating that her claim was under $75,000.00.

XIII.

However, on October 1, 2014, counsel for Wal-Mart Louisiana, LLC received a telephone message from plaintiff's counsel's office advising that the requests "were read wrong" and that the plaintiff's damages <u>do exceed</u> $75,000.00.   Plaintiff's counsel submitted Supplemental Responses to Requests for Admissions dated October 1, 2014, attached hereto as Exhibit "H", confirming that the plaintiff is claiming damages that exceed the jurisdictional amount required for a Federal jury trial.  <u>This was defendant's first notice that this case was removable to Federal Court.</u>

XIV.

As a result of the Wal-Mart accident, the plaintiff sustained injuries to her left elbow, left forearm, right forearm, lower right leg, and coccyx.  She presented to the ER at Lake Area Medical Center on the day of the Wal-Mart accident with complaints of pain to her left upper arm, left elbow, and coccyx.  The triage nurse noted swelling in the left upper arm, elbow, coccyx, and right arm.

XV.

On examination by the ER physician, he noted tingling in her left forearm; mild tenderness over coccyx; abrasion to right lower leg; soft tissue tenderness to left elbow with

limited range of motion due to pain; and minimal soft tissue tenderness to right forearm and right lower leg.

### XVI.

X-rays of her elbow were taken which revealed no fractures or joint effusion.  She was diagnosed with (1) forearm contusion; (2) elbow contusion; (3) sacrum-coccyx contusion; and (4) lower leg contusion.  She was put in an arm sling, given prescriptions for pain medication and an anti-inflammatory, and told to follow-up with her primary care physician in two to three days.

### XVII.

The plaintiff is also claiming damages for past, present, and future mental and physical pain and suffering; past, present, and future mental anguish and emotional distress; past, present, and future medical expenses; past, present, and future lost wages; past, present, and future loss of future wages; and past, present, and future loss of enjoyment of life.  It is unclear at this time whether the plaintiff is still treating for her alleged injuries.  Based upon past medical bills, future medical bills, lost wages, general damages for the plaintiff's alleged injuries, and plaintiff's assertion that she is seeking damages in excess of $75,000.00, the damages being claimed by the plaintiff exceed $75,000.00.  Additionally, plaintiff has filed a loss of consortium claim on behalf of her husband as a result of her injuries.  For these reasons, it appears that the amount in controversy will exceed the jurisdictional amount required for a Federal jury trial.

### XVIII.

At the time of the commencement of this action, and at all times since that time, plaintiff, Laura Gary, was a citizen and resident of and domiciled in the Parish of Calcasieu, State of Louisiana, as appears from plaintiff's original and amended petitions filed in State Court.

XIX.

Defendant, Wal-Mart Louisiana, LLC, was and still is a Delaware limited liability company with its principal place of business in the State of Arkansas and with its sole member being Wal-Mart Stores East, LP, a limited partnership organized under the laws of Delaware. The general partner of Wal-Mart Stores East, LP is WSE Management, LLC, a Delaware limited liability company.  The limited partner of Wal-Mart Stores East, LP is WSE Investment, LLC, a Delaware limited liability company.  The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, Inc.  The parent company of Wal-Mart Stores East, Inc. is Wal-Mart Stores, Inc., a Delaware corporation with its principal place of business located in the State of Arkansas.

XX.

Coca-Cola Bottling Company United, Inc., who joins in this removal, was and still is an Alabama corporation with its principal place of business in Birmingham, Alabama.

XXI.

Upon the filing of this Notice of Removal and Request for Trial by Jury, written notice thereof is being given to all adverse parties, and a copy of this notice is being filed with the Clerk of Court of the aforesaid State Court to effect the removal of the said civil action as against these removing defendants, all as provided for by law.

XXII.

This cause is specifically removable to this Honorable Court pursuant to law, particularly the provision of 28 U.S.C. § 1441, et seq.

XXIII.

Defendant, Wal-Mart Louisiana, LLC, reserves herein all rights to object to the jurisdiction of the State Court proceedings should this Court ultimately hold that this action was not removable or improperly removed thereto.

XXIV.

Defendant requests a trial by jury on all issues triable by jury.


WHEREFORE, defendant, Wal-Mart Louisiana, LLC, prays that the aforesaid civil action be removed from the Fourteenth Judicial District Court for the Parish of Calcasieu, State of Louisiana, into this Court for trial and determination as provided by law, particularly, 28 U.S.C. § 1441, et seq., and thereupon to proceed with said civil action as though originally commenced in this Court and for all orders and decrees as may be necessary or appropriate in such cases made and provided.

Respectfully submitted,

**DAVIDSON, MEAUX, SONNIER,
   McELLIGOTT, FONTENOT,
      GIDEON & EDWARDS, L.L.P.**

*s/Philip A. Fontenot, #16918*

PHILIP A. FONTENOT, #16918
DAVID J. CALOGERO, #1748
810 South Buchanan Street
Post Office Box 2908
Lafayette, Louisiana  70502-2908
Telephone:     (337) 237-1660
Facsimile:     (337) 237-3676

Attorneys for Wal-Mart Louisiana, LLC

## CERTIFICATE

I HEREBY CERTIFY that on this 28th day of October, 2014, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and that a copy of this filing has this day been forwarded to all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed.

<div style="margin-left:40%">

**DAVIDSON, MEAUX, SONNIER,**
**McELLIGOTT, FONTENOT,**
**GIDEON & EDWARDS, L.L.P.**

*s/Philip A. Fontenot, #16918*

PHILIP A. FONTENOT, #16918
DAVID J. CALOGERO, #1748
DWAZENDRA J. SMITH, #32696
810 South Buchanan Street
Post Office Box 2908
Lafayette, Louisiana  70502-2908
Telephone:     (337) 237-1660
Facsimile:     (337) 237-3676

Attorneys for Wal-Mart Louisiana, LLC

</div>