| | |
|---|---|
| LAURA GARY | : 14TH JUDICIAL DISTRICT COURT |
| VERSUS NO.: 2014- 3061, DIV "E": | PARISH OF CALCASIEU |
| WAL-MART LOUISIANA, LLC | : STATE OF LOUISIANA |
| FILED: JUL 31 2014 | : s/Shelbie Lynn Hardy |
| | DEPUTY CLERK OF COURT |

### PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel comes, **LAURA GARY**, (hereinafter referred to as "Gary") competent major and a resident of Calcasieu Parish, Louisiana, who respectfully petitions this court for an award of damages, for the following reasons, to-wit:

1

Made Defendant herein is **WAL-MART LOUISIANA, LLC**, (hereinafter referred to as "Wal-Mart"), a foreign Business Corporation authorized to do and doing business in the state of Louisiana who may be served through its registered agent for service of process, CT Corporation System, 5615 Corporate Blvd, Ste. 400B, Baton Rouge, Louisiana 70808.

2.

Venue is proper in the 14th Judicial District Court pursuant to Louisiana Code of Civil Procedure Article 76. This is an action against a business corporation and its insured and the loss occurred in Calcasieu Parish, Louisiana.

3.

The accident in question occurred on June 18, 2014 at Wal-Mart store number 1204 located on Nelson Road in Lake Charles, Calcasieu Parish, Louisiana.

4.

At the time of the accident, **Gary** was a patron shopping at the Wal-Mart store.

5.

Gary was walking up to register one to check out.

6.

Suddenly and without warning Gary slipped and fell in a large puddle of water near the Coca Cola cooler.


EXHIBIT "A"

7.

The above described accident and resulting injuries to **Gary**, were caused through the sole fault and proximate fault and negligence of defendant, **Wal-Mart**, in the following, non-exclusive particulars:

- A) Failure to maintain the premises in a safe condition;
- B) Failure to inspect the premises to insure against unsafe conditions;
- C) Failure to warn customers of unsafe conditions on the premises;
- D) Failure to properly patrol and supervise the premises;
- E) Allowing the premises to become dangerous without taking precautions to safeguard the safety of their customers; and
- F) Failure to properly clean and maintain and inspect the floors.
- G) Any other acts of negligence known only to defendant which may be found during discovery proceedings and which may be proved at a trial of this cause.

8.

**Wal-Mart** breached a legal duty owed to **Gary**, which resulted in injuries and damages for which **Wal-Mart** is liable.

9.

As a result of the above-described accident, petitioner, **Gary** sustained injuries to her body as a whole, including, but not limited to left arm, elbow and wrist. As a further result of the above described accident, petitioner, **Gary**, has suffered emotionally, mentally and physically as a result of her injuries, causing past, present and future mental and physical pain and suffering, lost wages, mental anguish and emotional distress. Additionally, she has suffered lost wages, loss of future wages, loss of enjoyment of life, past, present and future all for which she is entitled to recover from the defendants in a reasonable amount to be fixed by this Honorable Court.

10.

**Gary** in no way contributed to the incident and had no opportunity to avoid the injuries and losses sustained, as the incident and resulting damages were caused solely, exclusively and proximately by the fault, negligence, and carelessness of the defendant, **Wal-Mart**.

WHEREFORE, PETITIONER PRAYS that the defendants be duly served with a copy of this petition and cited to appear and answer same, and that after the lapse of all legal delays there be judgment in favor of **Gary** against defendant, **Wal-Mart** for a reasonable amount of general damages, special damages, lost wages, future lost wages, loss of enjoyment of life, past, present

and future medical expenses and pain and suffering, attorney's fees, costs of these proceedings and interest thereon. PETITIONER FURTHER PRAYS for judgment against the above named defendant for all costs of this suit, including the fees of experts and other experts called as witnesses, for legal interest on all amounts prayed for above, from the date of judicial demand until paid and for full, general, and equitable relief in the premises.

Respectfully submitted,<br>
TOWNSLEY LAW FIRM, LLP<br>
<br>
REX D. TOWNSLEY, LSBA Roll No. 12886<br>
3102 Enterprise Boulevard<br>
Lake Charles, Louisiana 70601<br>
Telephone: (337) 478-1400<br>
Facsimile: (337) 478-1577

PLEASE SERVE DEFENDANT AS
SET FORTH IN PARAGRAPH ONE
OF THE PETITION.

A TRUE COPY
Lake Charles, Louisiana
Deputy Clerk of Court
Calcasieu Parish, Louisiana
AUG - 6 2014