# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LAURA GARY** | * | **CIVIL ACTION NUMBER: 2:14CV3131** |
| | * | |
| **VERSUS** | * | **JUDGE MINALDI** |
| | * | |
| **WAL-MART LOUISIANA, LLC, ET AL** | * | **MAGISTRATE JUDGE KAY** |

*************************************************************************

## O R D E R

Having reviewed the foregoing Rule 26(f) Report and determined it to be complete;

IT IS ORDERED that the Clerk of Court file the Rule 26(f) Report submitted by the parties into the record of this proceeding.

SIGNED on this _____ day of _____, 2015 at Lake Charles, Louisiana.

_____

U.S. MAGISTRATE JUDGE