# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

LAURA GARY

VERSUS

WAL-MART LOUISIANA, LLC, ET AL

NO. 2:14-CV-03131-PM-KK

JUDGE PATRICIA MINALDI

MAGISTRATE JUDGE KATHLEEN KAY

## MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Coca-Cola Bottling Company United, Inc., made Defendant herein, who, assuming the position of Third Party Plaintiff, seeks leave of court to file a Third Party Complaint against True Manufacturing Company, Inc. pursuant to FRCP Rule 14. Defendant submits that all counsel of record have been contacted and they have no objection to this motion. This Third Party Complaint is being filed timely and will not retard progress of the principal action.

**WALSH & BAILEY, LLC**

**KIMBERLY L. WOOD**
Bar Roll No. 28826
**MATTHEW W. BAILEY**
Bar Roll No. 21459
4214 Bluebonnet Boulevard
Baton Rouge, Louisiana 70809
Telephone:  (225) 383-8649
kimberlylouper@walshbailey.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been electronically filed this date and delivered to all counsel of record by notice of electronic filing by the court, by depositing a copy of same in the United States mail, first class postage prepaid and/or by facsimile transmission in accordance with FRCP 5(b)(2), this 11 day of February, 2015.


_____
KIMBERLY L. WOOD