## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

LAURA GARY

VERSUS

WAL-MART LOUISIANA, LLC, ET AL

NO. 2:14-CV-03131-PM-KK

JUDGE PATRICIA MINALDI

MAGISTRATE JUDGE KATHLEEN KAY

## ORDER

Considering the foregoing Motion for Leave of Court to File Third Party Complaint against True Manufacturing Company, Inc., which is unopposed:

IT IS HEREBY ORDERED that Coca-Cola Bottling Company United, Inc.'s Motion for Leave to File Third Party Complaint is granted, and that Coca-Cola Bottling Company United, Inc.'s Third Party Complaint shall be entered into the record of this matter.

Signed in Lake Charles, Louisiana, this ___ day of _____, 2015.

**MAGISTRATE JUDGE KATHLEEN KAY**