UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LAURA GARY | NO. 2:14-CV-03131-PM-KK |
| VERSUS | JUDGE PATRICIA MINALDI |
| WAL-MART LOUISIANA, LLC, ET AL | MAGISTRATE JUDGE KATHLEEN KAY |

## THIRD PARTY COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Coca-Cola Bottling Company United, Inc. who respectfully submits this Third Party Complaint against True Manufacturing Company, Inc.

### JURISDICTION AND VENUE

1.

Third Party Plaintiff, Coca-Cola Bottling Company United, Inc., is a corporation incorporated in and having its principal place of business in the State of Alabama.

2.

Third Party Defendant, True Manufacturing Company, Inc., is a Missouri Corporation with its principal place of business in O'Fallon, Missouri.

3.

Defendant, Wal-Mart Louisiana, LLC, is a Delaware corporation with its principal place of business in the State of Arkansas.

4.

This Court has jurisdiction over this Third-Party Complaint pursuant to 28 U.S.C. § 1332 (a)(1) because (1) diversity of citizenship exists between the parties and (2) the amount in

controversy exceeds $75,000.00. This Court also has supplemental jurisdiction over this Third Party Complaint pursuant to 28 U.S.C. § 1367 because this claim is still related to the claims in the original Complaint filed by Laura Gary against Coca-Cola Bottling Company United, Inc. as to form part of the same case or controversy.

5.

Venue in this Court is proper under 28 U.S.C. § 1391 as Laura Gary resides in this Federal District and the accident sued upon which the original suit is based occurred in Calcasieu Parish in the State of Louisiana, and thus, is within the territorial jurisdiction of this Court.

6.

This Court has jurisdiction over True Manufacturing Company, Inc. as this company is doing business in Louisiana.

## FACTUAL BACKGROUND

7.

Plaintiff, Laura Gary, filed the instant lawsuit on July 31, 2014 and filed a First Supplemental and Amending Petition for Damages on August 27, 2014, seeking to recover damages from Defendant and Third Party Plaintiff, Coca-Cola Bottling Company United, Inc., as a result of an alleged accident of June 18, 2014 that occurred that Wal-Mart Store No. 1204 located on Nelson Road in Lake Charles, Louisiana.

8.

Plaintiff alleges that she "slipped and fell in a large puddle of water located near a beverage cooler owned by Coca-Cola."[1] Plaintiff further alleges her damages were caused through the fault and negligence of Coca-Cola Bottling Company United, Inc. for its "failure to maintain the beverage cooler; failure to inspect the beverage cooler periodically for mechanical

---

[1] See Plaintiffs' First Supplemental and Amending Petition for Damages, Paragraph 6.

issues; failure to repair/replace beverage cooler after being notified of a mechanically (sic) issue; allowing the beverage cooler to become dangerous without taking precautions to safeguard the safety of Wal-Mart's customers; failure to properly clean and maintain the beverage cooler; and other acts of negligence known only to the Defendant which may be found during discovery proceedings and which may be proved at a trial of this cause."[2]

9.

The cooler allegedly involved in the incident involving Laura Gary was manufactured by and purchased from Third Party Defendant, True Manufacturing Company, Inc.

10.

Upon information and belief, at the time the cooler in question left the control of True Manufacturing Company, Inc., the cooler was prone to leaking and condensation issues, especially in humid climates, and posed a risk to third persons, such as Laura Gary.

11.

Specifically, True Manufacturing Company, Inc.'s cooler is unreasonably dangerous and defective in the following, non-exclusive, respects:

1. The cooler is unreasonably dangerous and defective in construction or composition, deviating in a material way from the manufacturer's specifications or performance standards for the product or from otherwise identical products;

2. The cooler is unreasonably dangerous as True Manufacturing Company, Inc. did not provide an adequate warning about its product, which possessed a characteristic that could cause damage to third persons when it left the control of True Manufacturing Company, Inc.;

---
[2] See Plaintiffs' First Supplemental and Amending Petition for Damages, Paragraph 7a.

3. The cooler is unreasonably dangerous in design, as an alternate design existed at the time the cooler left the manufacturer's control that was capable of preventing damage;

4. The cooler is unreasonably dangerous as it did not conform to an express warranty of the manufacturer.

12.

True Manufacturing Company, Inc., as the manufacturer of the unreasonably dangerous and defective cooler, is liable pursuant to the Louisiana Products Liability Act (LSA-R.S. 9:2800.51, *et seq*) for the damages caused by its cooler.

13.

Coca Cola Bottling Company United, Inc. denies any and all liability for the incident and alleged resulting damages, however, to the extent that a Judgment may be rendered in this matter against Coca-Cola Bottling Company United, Inc. for damages caused by the defective cooler manufactured by True Manufacturing Company, Inc., Coca-Cola Bottling Company United, Inc. is entitled to reimbursement, indemnity, and contribution for such damages from True Manufacturing Company, Inc., including all attorneys fees and costs incurred in the defense of this action.

14.

Coca Cola Bottling Company United, Inc. requests a trial by jury.

WHEREFORE, Coca-Cola Bottling Company United, Inc. prays that this Third Party Complaint be deemed good and sufficient, and that there be judgment herein in its favor and against True Manufacturing Company, Inc., awarding Coca-Cola Bottling Company United, Inc. the costs incurred by Coca-Cola Bottling Company United, Inc. in defending this lawsuit including court costs and reasonable attorneys fees together with any damages, expenses and attorneys fees

allowable under the law, and for such other relief as the nature of the case may permit. Further, True Manufacturing Company, Inc. should be made to pay any judgment and/or costs awarded against Coca-Cola Bottling Company United, Inc.

          WALSH & BAILEY, LLC

          */s/ Kimberly L. Wood*
          **KIMBERLY L. WOOD**
          Bar Roll No. 28826
          **MATTHEW W. BAILEY**
          Bar Roll No. 21459
          4214 Bluebonnet Boulevard
          Baton Rouge, Louisiana 70809
          Telephone: (225) 383-8649
          kimberlylouper@walshbailey.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing pleading has been electronically filed this date and delivered to all counsel of record by notice of electronic filing by the court, by depositing a copy of same in the United States mail, first class postage prepaid and/or by facsimile transmission in accordance with FRCP 5(b)(2), this 11th day of February, 2015.

_____
KIMBERLY L. WOOD