-3-

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LAURA GARY** | * | **CIVIL ACTION NUMBER: 2:14CV3131** |
| **VERSUS** | * | **JUDGE MINALDI** |
| **WAL-MART LOUISIANA, LLC, ET AL** | * | **MAGISTRATE JUDGE KAY** |

************************************************************************

## O R D E R

CONSIDERING the foregoing Joint Motion to Dismiss;

IT IS HEREBY ORDERED that this action be dismissed with prejudice and with each party to bear their own court costs.

Lake Charles, Louisiana, this 24 day of July, 2016.

_____
U.S. DISTRICT JUDGE